UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Robert Elguezabal,<br><br>    Plaintiff,<br><br>    v.<br><br>GBG Properties Two LLC, a California Limited Liability Company;<br>Food 4 Less Of California, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No. 5:18-cv-01242-AB-KK<br>Honorable André Birotte, Jr.<br><br>**JUDGMENT**<br><br>Action Filed: June 8, 2018 |

Judgment is hereby entered in favor of Defendants GBC Properties Two, LLC and Food 4 Less of California, Inc. ("Defendants") and against Plaintiff Robert Elguezabal ("Plaintiff"), pursuant to the Court's order dated October 2, 2019, granting Defendants' Motion for Summary Judgment. (Dkt. No. 49).

Defendants are the prevailing parties in this action and may file a motion for attorneys' fees and/or submit a memorandum for costs incurred in accordance with the Local Rules of this Court after the entry of judgment.

**IT IS SO ORDERED.**

Dated: December 11, 2019

HON. ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE